**Continuing Abatement Order filed June 2, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00772-CR
_____

**DWAYNE DEDE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

___

**On Appeal from the 263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1377321**

___

## CONTINUING ABATEMENT ORDER

On March 10, 2016, this court directed the trial court to reduce to writing its findings of fact and conclusions of law on the voluntariness of appellant's statement. Our order required the trial judge to forward a supplemental clerk's record containing the findings and conclusions. The court's findings and conclusions were to be filed with the clerk of this court on or before April 11, 2016. To date, the court has not received the record or findings.

Accordingly, the trial court is directed to reduce to writing its findings of fact and conclusions of law on the voluntariness of appellant's statement and have a supplemental clerk's record containing those findings filed with the clerk of this court on or before **June 30, 2016**. If the trial court's findings were dictated into the record, the trial court is directed to include those findings in a supplemental clerk's record to be filed with the clerk of this court on or before **June 30, 2016.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

It is so ORDERED.

PER CURIAM